IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERRY L. MITCHELL,

    Plaintiff,

v.    Civil Action No. **3:09CV064**

**CHESAPEAKE POLICE DEPT.**,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on February 20, 2009, the Court conditionally docketed Plaintiff's action. At that time, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Plaintiff that a failure to comply with the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the order of this Court. Plaintiff failed to return the consent to collection of fees form. As a result, he does not qualify for <u>in forma pauperis</u> status. Furthermore, he has not paid the statutory filing fee for the instant complaint. <u>See</u> 28 U.S.C. § 1914(a). Such actions demonstrate a wilful failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to mail a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                                        /s/        REP
                                            Robert E. Payne
                                            Senior United States District Judge

Date: May 14, 2009
Richmond, Virginia